AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
06/30/2025
Clerk, U.S. District Court
Western District of Texas

By: **FMorales**
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -03695(1) - MAT |
| | § |
| (1) JESSICA MILENA CARDENAS-REMACHE | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 28, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title      **8**      United States Code, Section(s)    **1326(a)**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Jessica Milena CARDENAS-Remache, an alien to the United States and a citizen of Ecuador was found approximately .97 miles east of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas.  From

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ RODRIGUEZ, LUIS E.
Signature of Complainant
Border Patrol Agent

June 30, 2025                                              at   EL PASO, Texas
Date                                                              City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00  P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -03695(1)

WESTERN DISTRICT OF TEXAS

(1) JESSICA MILENA CARDENAS-REMACHE

FACTS (CONTINUED)

statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Ecuador, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT was Ordered Removed from the United States on May 19, 2022 by an Immigration Judge in New York City, New York, and self deported the country through Queens, New York to Ecuador on February 1, 2025, while an Order of Removal was outstanding against her. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

.
Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT was ordered removed by an Immigration Judge on May 19, 2022 in NEW YORK, NY
The DEFENDANT has been removed 1 time(s), the last one being to ECUADOR on February 1, 2025, through NEW YORK, NY (KENNEDY)

CRIMINAL HISTORY:
NONE